1014

[No. 48566-4-II. Division Two. March 14, 2017.]

CRJ KIM, INC., *Respondent*, v. JKI INVESTMENTS, INC., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Clallam County, No. 15-2-00346-4, Christopher Melly, J., entered January 11, 2016. *Reversed in part* and *remanded with instructions* by unpublished opinion per Maxa, A.C.J., concurred in by Worswick and Sutton, JJ.

[No. 48654-7-II. Division Two. March 14, 2017.]

MARVIN OLSEN ET AL., *Appellants*, v. H. GARY WALLIS ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-2-16031-2, Elizabeth P. Martin, J., entered February 25, 2016. *Affirmed* by unpublished opinion per Maxa, A.C.J., concurred in by Lee and Melnick, JJ.

[No. 48953-8-II. Division Two. March 14, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL JOSEPH WAGES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 15-1-01453-8, James R. Orlando, J., entered May 6, 2016. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Maxa, A.C.J., and Sutton, J.

[No. 49447-7-II. Division Two. March 14, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. CALVIN NORMAN ROUSE, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-1-02929-1, Ronald E. Culpepper, J., entered October 20, 2015. *Affirmed* by unpublished opinion per Maxa, A.C.J., concurred in by Lee and Melnick, JJ.